# United States District Court, Northern District of Illinois

HHK

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4414 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Leroy Crawford, Jr. vs. Michael J. Astrue | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, plaintiff's application to proceed in forma pauperis [4] is granted. The court directs the clerk's office to issue summons for service of the complaint, along with a copy of this order, by the U.S. Marshals on the named defendant. Immediately after copying the complaint for service purposes, the clerk shall delete docket number 1-2 from CM/ECF and plaintiff's counsel shall file a version that comports with Federal Rule of Civil Procedure 5.2.

■ [ For further details see text below.]                                    Docketing to mail notices.

**STATEMENT**

On August 5, 2008, plaintiff, Leroy Crawford, Jr. ("Crawford") filed, through counsel, a complaint seeking review of a final decision of the Commissioner of Social Security and attaching a copy of his notice of appeal dated July 12, 2008. Crawford also filed an application to proceed in forma pauperis. The court finds that Crawford lacks the resources to pay the $350 filing fee given that he last worked in January 2006, receives monthly government assistance in the amount of $506, has no assets, and lives at the YMCA. *See* 28 U.S.C. § 1915(a). An initial review of the pleadings indicates no reason to dismiss the action for frivolousness or failure to state a claim. *See* 28 U.S.C. § 1915(e)(2). Therefore, the application is granted. The court appoints the U.S. Marshal to serve the defendant, Michael J. Astrue as Commissioner of Social Security, with the complaint and directs the clerk's office to issue summons accordingly.

A review of the complaint discloses that the exhibit violates Federal Rule of Civil Procedure 5.2, which requires redaction of personal identifying information from electronically filed documents. Notably, the Social Security Administration notice of appeal contradicts Rule 5.2 by directing the plaintiff to file a civil action that "include[s] the Social Security number(s) shown at the top of this letter." Compl. Ex. 1 at 2. Because the information is already in the defendant's possession, the clerk may copy and direct service of the unredacted complaint and exhibit. However, after making copies of the complaint to serve upon the defendant, the clerk is directed to delete the exhibit (docket no. 1-2) from CM/ECF. Plaintiff's counsel is directed to file a redacted amended version of the exhibit upon receipt of this order. A copy of this order should be served on the defendants along with the complaint.

|  | Courtroom Deputy Initials: | DAM/RJ |
|---|---|---|

2008 AUG 25 AM 9:32
FILED
U.S. DISTRICT COURT